# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pechman, Marsha J. | U.S. District Court | 04/21/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III judge - senior status | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

700 Stewart Street, Room 14229
Seattle, WA 98101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Board of Trustees | Justice Advocacy Africa |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/1/99 | Public Employees Retirement System, State of Washington (retirement benefit plan) |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | Washington State PERS 1 Pension Fund | $25,397.76 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Preg O'Donnell & Gillett |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cornell University School of Law | 4/8 - 4/10/19 | Ithaca, New York | Participation in panel of moot court judges | Transportation, lodging, meals |
| 2. | National Judicial Institute of Canada | 6/10 - 6/14/19 | Toronto, Ontario, Canada | Faculty member at conference of Canadian judges | Transportation, lodging, meals |
| 3. | U.S. District Court Historical Society | 11/7 - 11/8/19 | Portland, OR | Speaker at commemorative dinner for U.S. District Judge Anna Brown | Lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pechman, Marsha J.** | 04/21/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Visa | Credit card | J |
| 2. Capital One | Credit card | J |
| 3. Flagstar Bank | Mortgage | N |
| 4. Boeing Employee Credit Union (BECU) | Car loan | K |
| 5. Boeing Employee Credit Union (BECU) | HELOC | J |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pechman, Marsha J.** | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. -- Amgen, Inc (AMGN) | A | Int./Div. | K | T | | | | | |
| 3. -- Bank of Baroda (CD) | B | Interest | | | Sold | 11/29/19 | L | A | |
| 4. -- BMO Harris Bank | A | Interest | K | T | Buy | 05/02/19 | K | | |
| 5. -- Discovery Bank Greenwood (CD) | B | Interest | | | Sold | 11/07/19 | K | A | |
| 6. -- Dodge & Cox Income (DODIX) | B | Int./Div. | K | T | | | | | |
| 7. -- Doubleline Total Return Bond Fund (DBLTX) | A | Int./Div. | K | T | Buy | 04/06/19 | K | | |
| 8. | | | | | Buy (add'l) | 05/21/19 | K | | |
| 9. -- Europacific Growth Fund - Amer Funds (AEPFX) | A | Int./Div. | J | T | | | | | |
| 10. -- Exxon/Mobil Corp. (XOM) | A | Int./Div. | K | T | | | | | |
| 11. -- Federated Government Market Obligations Fund MMKT Inst | | | K | T | Buy | 12/16/19 | K | | |
| 12. -- FMI Large Cap Fund (FMIHX) | B | Int./Div. | J | T | | | | | |
| 13. -- Harbor Bond Fund (HABDX) | B | Int./Div. | K | T | Buy | 04/09/19 | K | | |
| 14. | | | | | Buy (add'l) | 05/21/19 | K | | |
| 15. -- Harris Assoc Inv Tr Oakmark Intl Fund (OAKIX) | A | Int./Div. | K | T | | | | | |
| 16. -- Harris Assoc Inv Tr - Oakmark Eq&Inc Fund (OAKBX) | C | Int./Div. | K | T | | | | | |
| 17. --Invesco S&P 500 (EWMC) | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -- Ishares Tr Russell 1000 ETF (IWM) | A | Int./Div. | J | T | | | | | |
| 19. -- Johnson & Johnson (JNJ) | B | Int./Div. | K | T | | | | | |
| 20. -- JP Morgan (JVAIX) | B | Int./Div. | K | T | | | | | |
| 21. -- Parnassus Core Equity (PRBLX) | C | Int./Div. | K | T | | | | | |
| 22. -- Principal Funds Inc (PCBIX) | B | Int./Div. | K | T | | | | | |
| 23. -- RJ Bank Deposit Program | A | Interest | L | T | | | | | |
| 24. -- T Rowe Price Growth Stock Fund Inc. (PRGFX) | B | Int./Div. | L | T | | | | | |
| 25. -- U.S. Treasury Bills | | | N | T | Redeemed (part) | 01/17/19 | K | | |
| 26. | | | | | Buy (add'l) | 01/17/19 | K | | |
| 27. | | | | | Redeemed (part) | 01/24/19 | K | | |
| 28. | | | | | Redeemed (part) | 02/07/19 | M | | |
| 29. | | | | | Buy (add'l) | 02/26/19 | L | | |
| 30. | | | | | Redeemed (part) | 05/02/19 | K | | |
| 31. | | | | | Buy (add'l) | 05/22/19 | L | | |
| 32. | | | | | Buy (add'l) | 05/22/19 | L | | |
| 33. | | | | | Redeemed (part) | 05/23/19 | M | | |
| 34. | | | | | Buy (add'l) | 07/17/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Pechman, Marsha J. | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Redeemed (part) | 07/18/19 | L | | |
| 36. | | | | | Buy (add'l) | 12/03/19 | K | | |
| 37. | | | | | Redeemed (part) | 12/05/19 | L | | |
| 38. | | | | | Buy (add'l) | 12/16/19 | K | | |
| 39. -- Vanguard Dividend Apprec (VIG) | B | Int./Div. | L | T | | | | | |
| 40. -- Vanguard Prime Money Market Fund - Inv (VMMXX) | B | Int./Div. | L | T | Buy (add'l) | 01/24/19 | K | | |
| 41. | | | | | Buy (add'l) | 02/26/19 | K | | |
| 42. | | | | | Buy (add'l) | 12/03/19 | K | | |
| 43. -- Vanguard Short Term Corp Fund - Adm (VFSUX) | A | Int./Div. | M | T | Buy | 04/09/19 | K | | |
| 44. | | | | | Buy (add'l) | 11/07/19 | K | | |
| 45. | | | | | Buy (add'l) | 12/03/19 | K | | |
| 46. -- Wells Fargo & Co. | A | Int./Div. | | | Sold | 12/09/19 | J | D | |
| 47. | | | | | | | | | |
| 48. IRA #2 | | | | | | | | | |
| 49. -- Vanguard Emerging Mkts Stk Idx - Adm (VEMAX) | A | Int./Div. | J | T | | | | | |
| 50. -- Vanguard Inflation- Protected Sec Inv (VIPSX) | A | Int./Div. | J | T | | | | | |
| 51. -- Vanguard International Growth Inv (VWIGX) | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Vanguard Long-Term Invest-Gr Inv (VWESX) | B | Int./Div. | K | T | | | | | . |
| 53. -- Vanguard Mid-Cap Index Fund Adm (VIMAX) | A | Int./Div. | K | T | | | | | . |
| 54. -- Vanguard Prime Money Mkt Fund (VMMXX) | A | Int./Div. | J | T | | | | | |
| 55. -- Vanguard REIT Index Fund Adm (VGSLX) | A | Int./Div. | K | T | | | | | |
| 56. -- Vanguard S-T Investmt- Grade Inv (VFSTX) | A | Int./Div. | K | T | | | | | |
| 57. -- Vanguard Small-Cap Index Fund - Adm (VSMAX) | A | Int./Div. | J | T | | | | | |
| 58. -- Vanguard Total Intl Bond Idx Adm (VTABX) | A | Int./Div. | J | T | | | | | |
| 59. -- Vanguard Wellesley Income Fund Inv (VWINX) | B | Int./Div. | L | T | | | | | |
| 60. -- Vanguard Wellington Fund Admiral (VWENX) | C | Int./Div. | K | T | | | | | |
| 61. -- Vanguard 500 Index Fund Adm (VFIAX) | B | Int./Div. | M | T | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pechman, Marsha J.** | 04/21/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| **Pechman, Marsha J.** | 04/21/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:   **s/ Marsha J. Pechman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544